UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARILYN GIDEON,

    Plaintiff,

v.

RITE AID OF OHIO, INC. and
RITE AID CORP.,

    Defendants.

Case No. 1:08cv426

Judge Michael R. Barrett

## SPECIAL VERDICT FORM

We, the jury, unanimously determine our Special Verdict as follows:

1. Do you find by a preponderance of the evidence that age was a determinative factor in Defendants' decision to terminate Plaintiff?

    ✓ YES      _____ NO

___s/_____
Foreperson

___s/_____     ___s/_____

___s/_____     ___s/_____

___s/_____     ___s/_____

___s/_____

If the answer of all jurors to Special Verdict No. 1 is "yes," move to Special Verdict No. 2.

If the answer of all jurors to Special Verdict No. 1 is "no,"

    (a) do not answer the remaining Interrogatories, and
    (b) sign each of the general verdict forms for Defendants, and
    (c) report to the court that you have completed your deliberations.

37

2. If you answered "yes" to Special Verdict No. 1, what amount of money do you award Plaintiff?

$ 62,000.00 back pay and benefits

$ 12,500.00 future or front pay and benefits

$ 25,000.00 other compensatory damages

____s/_____  _____
Foreperson

____s/_____     ____s/_____

____s/_____     ____s/_____

____s/_____     ____s/_____

____s/_____

If the answer of all jurors to Special Verdict No. 1 is "yes," move to Special Verdict No. 3.

3. Do you find by a preponderance of the evidence that the Defendants acted willfully in terminating Plaintiff's employment?

_____ YES         ___✓___ NO

____s/_____
Foreperson

____s/_____     ____s/_____

____s/_____     ____s/_____

____s/_____     ____s/_____

____s/_____

If the answer of all jurors to Special Verdict No. 1 is "yes," move to Special Verdict No. 4.

4. Do you unanimously find, by a preponderance of the evidence, that Defendant Rite Aid Corporation was Plaintiff's joint employer with Defendant Rite Aid of Ohio, Inc.?

_____✓_____ YES _____ NO

____s/_____
Foreperson

____s/_____   ____s/_____

____s/_____   ____s/_____

____s/_____   ____s/_____

____s/_____

If the answer of all jurors to Special Verdict No. 1 and Special Verdict No. 4 is "yes," sign the general verdict form in favor of Plaintiff Marilyn Gideon on her age discrimination claim under state and federal law.

If the answer of all jurors to Special Verdict No. 1 is "yes" and Special Verdict No. 4 is "no," sign the general verdict form in favor of Plaintiff Marilyn Gideon on her age discrimination claim under state and federal law AND sign the general verdict form in favor of Defendant Rite Aid Corporation on Plaintiff's age discrimination claim under state and federal law.

Please report to the court that you have completed your deliberations.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MARILYN GIDEON,

    Plaintiff,

v.

RITE AID OF OHIO, INC. and
RITE AID CORP.,

    Defendants.

Case No. 1:08cv426

Judge Michael R. Barrett

## GENERAL VERDICT FORM FOR PLAINTIFF

We the jury hereby find in favor of the plaintiff, Marilyn Gideon, on her age discrimination claim under state and federal law and award total damages in the amount of $ 99,500.00 as set forth in Special Verdict No. 2.

Date: 12/18/09

_s/_____
Foreperson

_s/_____   _s/_____

_s/_____   _s/_____

_s/_____   _s/_____

_s/_____