# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Marilyn Gideon,

    Plaintiff,

        v.                                       Case No. 1:08cv426

Rite Aid of Ohio, Inc, *et al.*,                 Judge Michael R. Barrett

    Defendants.

## JUDGMENT IN A CIVIL CASE

    **[X]**     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[ ]**     **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Jury finds in favor of the Plaintiff against the Defendants. This action is closed.

Date: December 18, 2009                           James Bonini, Clerk
                                                                                Clerk

                                                          By:     *S/Barbara A. Crum*
                                                          Deputy Clerk