**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| MARILYN GIDEON | : Case No. 1:08-cv-426 |
| Plaintiff, | : J. Barrett |
| vs. | : |
| RITE AID OF OHIO, INC., et al. | : |
| Defendants. | : |

## SATISFACTION OF JUDGMENT AND WITHDRAWAL AND DISMISSAL OF PENDING MOTIONS

The Judgment issued by this Court on December 18, 2009 against Rite Aid of Ohio, Inc. and Rite Aid Corporation has been fully satisfied. Accordingly, the Clerk of this Court is directed to satisfy and discharge the above referenced judgment issued in this matter.

Additionally, pursuant to agreement of the Parties, it is hereby ORDERED that all pending post-trial motions or petitions, including (1) Defendants' Motion to Stay Enforcement of Judgment, (2) Defendants' Motion for Judgment As A Matter of Law, Alternative Motion For A New Trial, or In the Alternative To Alter The Judgment and (3) Plaintiff's Motion for Attorney's Fees and Costs, are now withdrawn and dismissed as moot. Each Party is to bear its own attorneys' fees, costs, and expenses.

Stipulated by the parties this 15th day of April 2010.

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANTS: |
|---|---|
| /s/ *Randolph H. Freking* | /s/ *Theodore A. Schroeder* |
| Randolph H. Freking (0009158) | Brooke E. Niedecken, Esq. (0079142) |
| Jon B. Allison (0073955) | Littler Mendelson, P.C. |
| Trial Attorneys for Plaintiff | 21 East State Street, Suite 1600 |
| FREKING & BETZ, LLC | Columbus, OH  43215 |
| 525 Vine Street, Sixth Floor | *bniedecken@littler.com* |
| Cincinnati, OH  45202 | |
| (513) 721-1975/Fax:  (513) 651-2570 | Theodore A. Schroeder ( pro hac vice) |
| *randy@frekingandbetz.com* | Littler Mendelson, P.C. |
| *jallison@frekingandbetz.com* | 625 Liberty Avenue, 26th Floor |
| | Pittsburgh, PA  15222 |
| | *tschroeder@littler.com* |

**IT IS SO ORDERED** this 16th day of April, 2010.

s/Michael R. Barrett_____
UNITED STATES DISTRCIT JUDGE

Firmwide:94329201.1 053348.1014